# Third District Court of Appeal

## State of Florida

Opinion filed July 21, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-644
Lower Tribunal No. 16-14576

————————

**Juan Garcia,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

Giasi Law, P.A., and Melissa A. Giasi and Erin M. Berger (Tampa), for appellant.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellee.

Before EMAS, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.